IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THE TOWERS, LLC,

Plaintiff,

vs.

CITY OF COZAD,

Defendant.

**8:25CV361**

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

This case is before the Court on Plaintiff's Notice to Dismissal. Filing 26. In the procedural posture of this case, Plaintiff's voluntary dismissal requires a court order. Fed. R. Civ. P. 41(a)(1)(A)(i). Federal Rule of Civil Procedure 41 provides further, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court concludes that dismissal without prejudice is proper, as Plaintiff made no other request. Accordingly,

IT IS ORDERED that Plaintiff's Notice to Dismissal, Filing 26, is granted, and this action is dismissed without prejudice.

Dated this 1st day of June, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

1